

FILED
Williamson Co. Circuit Court
1st Judicial Circuit
Date: 4/6/2021 9:46 AM
Justin Maze

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
WILLIAMSON COUNTY, ILLINOIS

| | | |
|---|---|---|
| MELISSA C. WINCHESTER, Plaintiff, | ) | |
| vs. | ) | No. 21-L- 2021L40 |
| TEAM DRIVE-AWAY, INC, and DION R. EVANS, Defendants. | ) | |

**COMPLAINT WITH JURY DEMAND**

(Count I)

(Melissa C. Winchester v. Team Drive-Away Inc.)

NOW COMES the Plaintiff, MELISSA C. WINCHESTER, by Lawler & Lawler, her attorneys, and for cause of action against the Defendant, TEAM DRIVE-AWAY, INC., states as follows:

1. That the collision hereinafter referred to occurred on June 3, 2019 at approximately 4:35 p.m. on I-64 approximately 295 feet east of CR-11, in Illinois.

2. That I-64 is a four-lane interstate highway that runs generally in an easterly and westerly direction at the above-described location.

3. That on the date and at the time and place aforesaid, the Defendant, TEAM DRIVE AWAY, INC. by and through its employee, DION R. EVANS, was driving a 2020 Kenworth T300 in an easterly direction on I-64.

4. That on the date and at the time and place aforesaid the Plaintiff, MELISSA C. WINCHESTER, was driving a 2016 Subaru Outback in a easterly direction on I-64.



EXHIBIT 1




5. That the Defendant, TEAM DRIVE AWAY, INC. by and through its employee, DION R. EVANS, was driving his vehicle at the described location, and caused his motor vehicle to collide with the vehicle which the Plaintiff, MELISSA C. WINCHESTER was driving.

6. The Defendant, TEAM DRIVE AWAY, INC. by and through its employee, DION R. EVANS, attempted to change lanes and drove his 2020 Kenworth T300 into the front and left side of the Plaintiff's eastbound vehicle.

7. That the aforesaid collision between the two vehicles was caused by one or more of the following negligent acts or omissions to act on the part of the Defendant, TEAM DRIVE AWAY, INC.:

(a) Failed to see and observe the vehicle which the Plaintiff was driving when it could and should have been seen and observed;

(b) Failed to keep said motor vehicle under proper control so as to avoid the collision with the vehicle which the Plaintiff, MELISSA C. WINCHESTER, was driving;

(c) Operated his vehicle at a high rate of speed; contrary to and in violation of 625 ILCS 5/11-601(a);

(d) Failed to keep proper lookout ahead for vehicles ahead of him and in the adjacent lane on I-64 so as to avoid colliding with the vehicle next to him;

(e) Failed to stop the Defendant's vehicle in time to avoid the collision, although said vehicle in which the Plaintiff was driving could and should have been seen and the Defendant had ample time and opportunity to avoid it;

(f) Failed to turn away or not turn at all so as to avoid the collision with the vehicle in which the Plaintiff was driving, although having ample time and opportunity to do so;

(g) Failed to operate his vehicle safely within his lane, contrary to, and in violation of



625 ILCS 11-709; and

(h) Failed to give audible warning with the Defendant's horn when it was reasonably necessary to insure the safe operation of the Defendant's vehicle, in violation of 625 ILCS 5/12-601(a).

8. As a direct and proximate result of the aforesaid collision, Plaintiff sustained serious and permanent injuries to her person and a loss of enjoyment of life, and will in the future continue to suffer. Plaintiff further expended and became liable for and will expend and become liable for large sums of money for medical services in endeavoring to be healed and cured of said injuries. Plaintiff sustained a loss in wages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, TEAM DRIVE-AWAY, INC., in excess of $15,000.00.

PLAINTIFF DEMANDS TRIAL BY JURY OF TWELVE (12).

LAWLER& LAWLER
Attorneys at Law

By____________________
Attorney for Plaintiff

(Count II)

(Melissa C. Winchester v. Dion R. Evans)

NOW COMES the Plaintiff, MELISSA C. WINCHESTER, by Lawler & Lawler, her attorneys, and for cause of action against the Defendant, DION R. EVANS, states as follows:

1. That the collision hereinafter referred to occurred on June 3, 2019 at approximately 4:35 p.m. on I-64 approximately 295 feet east of CR-11, in Nashville Township, Washington County, Illinois.

2. That I-64 is a four-lane interstate highway that runs generally in an easterly and



westerly direction at the above-described location.

3. That on the date and at the time and place aforesaid, the Defendant, DION R. EVANS, was driving a 2020 Kenworth T300 in an easterly direction on I-64.

4. That on the date and at the time and place aforesaid the Plaintiff, MELISSA C. WINCHESTER, was driving a 2016 Subaru Outback in a easterly direction on I-64.

5. That the Defendant, DION R. EVANS, was driving his vehicle at the described location, and caused his motor vehicle to collide with the vehicle which the Plaintiff, MELISSA C. WINCHESTER was driving.

6. The Defendant, DION R. EVANS, attempted to change lanes and drove his 2020 Kenworth T300 into the front and left side of the Plaintiff's eastbound vehicle.

7. That the aforesaid collision between the two vehicles was caused by one or more of the following negligent acts or omissions to act on the part of the Defendant, DION R. EVANS:

(a) Failed to see and observe the vehicle which the Plaintiff was driving when it could and should have been seen and observed;

(b) Failed to keep said motor vehicle under proper control so as to avoid the collision with the vehicle which the Plaintiff, MELISSA C. WINCHESTER, was driving;

(c) Operated his vehicle at a high rate of speed; contrary to and in violation of 625 ILCS 5/11-601(a);

(d) Failed to keep proper lookout ahead for vehicles ahead of him and in the adjacent lane on I-64 so as to avoid colliding with the vehicle next to him;

(e) Failed to stop the Defendant's vehicle in time to avoid the collision, although said vehicle in which the Plaintiff was driving could and should have been seen and the Defendant

COPY

had ample time and opportunity to avoid it;

(f) Failed to turn away or not turn at all so as to avoid the collision with the vehicle in which the Plaintiff was driving, although having ample time and opportunity to do so;

(g) Failed to operate his vehicle safely within his lane, contrary to, and in violation of 625 ILCS 11-709; and

(h) Failed to give audible warning with the Defendant's horn when it was reasonably necessary to insure the safe operation of the Defendant's vehicle, in violation of 625 ILCS 5/12-601(a).

8. As a direct and proximate result of the aforesaid collision, Plaintiff sustained serious and permanent injuries to her person and a loss of enjoyment of life, and will in the future continue to suffer. Plaintiff further expended and became liable for and will expend and become liable for large sums of money for medical services in endeavoring to be healed and cured of said injuries. Plaintiff sustained a loss in wages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, TEAM DRIVE-AWAY, INC., in excess of $15,000.00.

PLAINTIFF DEMANDS TRIAL BY JURY OF TWELVE (12).

LAWLER& LAWLER
Attorneys at Law

By ______________
Attorney for Plaintiff

LAWLER & LAWLER
Attorneys at Law
1129 North Carbon Street
Marion, IL 62959
Telephone: (618) 997-5555



STATE OF ILLINOIS )
) SS
COUNTY OF WILLIAMSON )

AFFIDAVIT

I, RAYMOND LAWLER, attorney for the Plaintiff, MELISSA C. WINCHESTER, after first being duly sworn on oath, depose and state as follows:

The total money damages that the Plaintiff, MELISSA C. WINCHESTER, is seeking as a result of a claim filed in the First Judicial Circuit, Williamson County, Illinois, against TEAM DRIVE AWAY, INC. and DION R. EVANS, are in excess of $50,000.

FURTHER, THE AFFIANT SAYETH NOT.

DATED this 1st day of April, 2021.

ATTORNEY FOR PLAINTIFF

Subscribed and sworn to before me this 1st day of April, 20 21.

NOTARY PUBLIC

OFFICIAL SEAL
Kimberly D. Burnham
Notary Public, State of Illinois
My Commission Expires 07/13/2016



IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
WILLIAMSON COUNTY, ILLINOIS

| | | |
|---|---|---|
| MELISSA C. WINCHESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 20-L- |
| vs. | ) | |
| | ) | |
| TEAM DRIVE-AWAY, INC., and DION R. EVANS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**SUMMONS**

To each defendant: Dion R. Evans; 4623 Beckman Way, Merced, CA 95348

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court Courthouse (Address) building Marion, IL (City) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS 4/6/2021, 20____

(Seal of Court)

CIRCUIT COURT FIRST JUDICIAL CIRCUIT WILLIAMSON COUNTY, ILLINOIS

(Clerk of the Circuit Court)

By: ____________
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)

Name Lawler & Lawler

Attorney for Plaintiff

Address 1129 N Carbon St

City/State/Zip Marion, IL 62959

Telephone (618) 997-5555




**SHERIFF'S FEES**

Service and return............................ $__________________
Miles______________________ .................... __________________
Total............................................................................ $ ________________

Sheriff of __________________ County

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

(b) – (Individual defendants – abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
| --- | --- | --- |
| | | |

(c) – (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
| --- | --- | --- |
| | | |

(d) – (Other service):

Sheriff ____________________________________________,

By____________________________________________, Deputy



IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
WILLIAMSON COUNTY, ILLINOIS

| | | |
|---|---|---|
| MELISSA C. WINCHESTER,<br><br>Plaintiff,<br><br>vs.<br><br>TEAM DRIVE-AWAY, INC., and<br>DION R. EVANS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 21-L- 2021L40 |

**SUMMONS**

To each defendant: Team Drive Away, Inc., 401 W. Frontier Lane, Olathe, KS 66061

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court Courthouse (Address) building Marion, IL (City) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS 4/6/2021, 20____

(Seal of Court)

CIRCUIT COURT FIRST JUDICIAL CIRCUIT WILLIAMSON COUNTY, ILLINOIS

[signature]
(Clerk of the Circuit Court)

By: __________
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)

Name Lawler & Lawler

Attorney for Plaintiff

Address 1129 N Carbon St

City/State/Zip Marion, IL 62959

Telephone (618) 997-5555



**SHERIFF'S FEES**

Service and return.......................... $__________
Miles__________ .................. __________
Total....................................................... $ __________

Sheriff of __________ County

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

(b) – (Individual defendants – abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
| --- | --- | --- |
| | | |

(c) – (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
| --- | --- | --- |
| | | |

(d) – (Other service):

Sheriff __________,

By__________, Deputy



FILED
Apr 23 2021
09:24AM

Justin Maze
Williamson County, IL

State of Illinois
In the Circuit Court of Judicial Circuit #1
Williamson County

Phone number: (618) 997-1301

Tort-Dmg
WINCHESTER, MELISSA C P 001 }
VS. } Case number: 2021-L -000040
TEAM DRIVE-AWAY, INC ET AL D 001 }

Notice to:

| **LAWLER, RAYMOND** | (emailed to: lawlerf@gmail.com) | |
|---|---|---|
| T & C PROF OFFICE BLDG | 1129 N CARBON STREET | MARION, IL 62959-0000 |

**The above-entitled case is set for:**

Case mgt conf on Tuesday, July 27, 2021 at 09:00AM in courtroom 7 before Judge GOFFINET.
Video court on Tuesday, July 27, 2021 at 09:00AM in courtroom 7 before Judge GOFFINET.

In the Circuit Court, Courthouse
200 W Jefferson Suite 100
Marion, IL 62959-0000

This notice issued on Friday, April 23, 2021.

Judge: GOFFINET

/s/Justin Maze, Circuit Clerk (GK )

Circuit Clerk, Justin Maze

NO INAPPROPRIATE CLOTHING, CELLPHONES OR PURSES ALLOWED

Deputy

GK

FILE COPY