UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA C. WINCHESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-CV-00492-SMY |
| | ) |
| TEAM DRIVE AWAY, INC. and | ) |
| DION R. EVANS, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Melissa C. Winchester and Defendants Team Drive Away, Inc. and Dion R. Evans, and hereby stipulate and agree that Plaintiff's cause of action against Defendants may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear their own costs.

 /s/ Bridget Lawler (with consent)
Bridget Lawler
LAWLER & LAWLER
1129 N. Carbon Street
Marion, IL 62959
(618) 997-5555 – Telephone
(618) 997-6441 – FAX
lawlerbridget@gmail.com

*Attorneys for Plaintiff Melissa C. Winchester*

 /s/ Kevin L. Fritz
Kevin L. Fritz          #6295633
Alexandra C. Wells      #6330728
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri  63101
(314) 621-2939 – Telephone
(314) 621-6844 – Facsimile
klfritz@lashlybaer.com
awells@lashlybaer.com
*Attorneys for Defendants Team Drive Away, Inc. and Dion R. Evans*