IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA C. WINCHESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-CV-492-SMY |
| | ) |
| TEAM DRIVE AWAY, INC., and DION R. EVANS, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal (Doc. 34), this matter is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** September 30, 2022

                                                  MONICA A. STUMP,
                                                  Clerk of Court

                                                  By: s/Stacie Hurst, Deputy Clerk

**Approved:**

**STACI M. YANDLE**
**United States District Judge**